

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-22-00088-CR

Juan Manuel **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 1989CRA000237D3
Honorable Elma Teresa Salinas Ender, Judge Presiding[1]

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 27, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] Beckie Palomo is the current presiding judge of the 341st District Court in Webb County.